No. 793. Marius Calmels, Appellant, *v.* Samuel W. Backus, Commissioner of Immigration, etc.;

No. 794. VICTOR VINOL, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER OF IMMIGRATION, ETC.;

No. 795. LEOPOLD CALMELS, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER OF IMMIGRATION, ETC.;

No. 796. MARIA LOUISE CALMELS, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER OF IMMIGRATION, ETC.; and

No. 797. VALERIE CALMELS, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER OF IMMIGRATION, ETC. Appeal from the District Court of the United States for the Northern District of California. December 2, 1912. Dismissed with costs, on motion of *Mr. Corry M. Stadden* for the appellants. *Mr. Corry M. Stadden* for the appellants. *The Attorney General* for the appellees.